## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

HATTIE PHELPS,

        *Plaintiff*,

    v.

ISOMEDIX OPERATIONS, INC., and
COSMED GROUP, INC.,

        *Defendants*.

Case No. 1:24-cv-03411

Honorable Jorge L. Alonso

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Hattie Phelps respectfully provides notice of the following supplemental authority:

**Hacke v. Isomedix Operations*, Inc. et al*., No. 1:24-cv-03410, Dkt. #20 (Lefkow, J.)**.

The plaintiff in the matter of *Hacke v. Isomedix* filed a substantively identical motion to amend and remand as the motion currently pending before this Court at Dkt. #13. *See* Case No. 24-cv-03410, Dkt. #14 (motion to amend to add Vantage Specialty Chemicals, Inc. ("Vantage") and remand to the Circuit Court of Cook County for continued proceedings in the consolidated mass tort litigation captioned *In re Medline EtO Release Litigation,* Case No. 2023-L-000686).

On June 5, 2024, the court in the *Hacke* matter **GRANTED** the plaintiff's motion for leave to amend her complaint to add Vantage and ordered that "if the defendants have an opposition to the motion to remand," that response is due by June 14, 2024. Case No. 24-cv-03410, Dkt. #16.

On June 20, 2024, the Defendants in this case, Cosmed Group, Inc. and Isomedix Operations Inc., filed a Joint Statement Concerning Plaintiff's Motion to Amend and Remand, which concedes that "the Court's Minute Entry, *see* Dkt. 16, allowing amendment and Plaintiff's

subsequently filed First Amended Complaint adding Vantage Specialty Chemicals, ***requires remand*** pursuant to 28 U.S.C. § 1447(e)." *Id.*, Dkt. # 20 (emphasis added).

Plaintiff respectfully submits this authority for the Court's consideration given the substantial similarities between this case and the *Hacke* matter.

Respectfully submitted,

Date: June 18, 2024

/s/ Schuyler Daum

Nicholas Rosinia
nrosinia@edelson.com
Schuyler Daum*
sdaum@edelson.com

EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
312.589.6370
Firm ID: 62075

Todd Logan
tlogan@edelson.com
Brandt Silver-Korn
bsilverkorn@edelson.com
Lauren Blazing*
lblazing@edelson.com
EDELSON PC
150 California St, 18th Floor
San Francisco, California 94111
415.212.9300

*Admitted *Pro Hac Vice*

*Counsel for Plaintiff*

2